FRYSINGER EVANS, on Behalf of Himself and on Behalf of All Other Original Holders of Bond Participation Certificates in the Bond and Mortgage Issued under the Trust Agreement between the TWENTY ONE SIXTY SIX BROADWAY CORPORATION and THE CORPORATION OF THE MANHATTAN CONGREGATIONAL CHURCH and the AMERICAN TRUST COMPANY, as Trustee, etc., Plaintiff, v. 2168 BROADWAY CORPORATION and Another, as Committee, etc., Defendants. ABRAHAM J. BLAIVAS, Appellant; THOMAS DARLINGTON and HENRY A. THELLUSSON, Trustees, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.